UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Pro Trak International, Inc.</u>

        v.                            Civil No. 05-cv-342-JM

<u>Protracker Software, Inc.</u>


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:    Document # 24, Statement of Material Facts in Support of Motion for Summary Judgment, filed by Protracker Software, Inc.

DATE FILED:          August 16, 2006

       The document above fails to comply with:

       LR 7.1(a)(3) and 7.2(b)   Length of the memorandum exceeds stated limitations if this document is added to the original memorandum; Statement of Material Facts should have been a part of the Motion for Summary Judgment Memorandum, not a separate document. A memorandum in support of or in opposition to a summary judgment motion shall incorporate a short and concise statement of material facts, supported by appropriate record citations. Document was not linked to the original motion.

       It is herewith ordered that the document is stricken, returned herewith to the submitting party.


       SO ORDERED.



August 25, 2006                                         /s/ James R. Muirhead
                                                       James R. Muirhead
                                                       United States Magistrate Judge



cc:      Michael Bujold, Esq.
         Neal Friedman, Esq.
         Eric Weimers, Esq.
         Mark Suri, Esq.
         Roger Masson, Esq.
         Teresa Tucker, Esq.

Mark Suri, Esq.