UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PRO TRAK INTERNATIONAL, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) Civil Action No. C-05-342-JM | |
| ) | |
| PROTRACKER SOFTWARE, INC. ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF PRO TRAK INTERNATIONAL, INC. PRETRIAL STATEMENT**

**1.      Brief Statement of the Case Assented to by All Parties**

In this litigation, Plaintiff ProTrak International, Inc ("ProTrak") alleges that Defendant ProTracker Software, Inc. ("ProTracker") has infringed ProTrak's registered trademark PROTRAK in violation of the Lanham Act 15 U.S.C. § 1051 *et seq*, that ProTracker has infringed ProTrak's common law rights in PROTRAK, PROTRAK ADVANTAGE and PROTRAK INTERNATIONAL, that ProTracker has committed acts of unfair competition under the Lanham Act, 15 U.S.C. § 1125(a), under the common law and New Hampshire RSA-358-A, by using PROTRACKER, PROTRACKER.COM and/or PROTRACKER ADVANTAGE.  ProTrak alleges that ProTracker has acted willfully.  ProTrak also alleges that it will be damaged by Registration No. 3,038,202 on PROTRACKER ADVANTAGE for "computer software and user manuals sold as a unit for use in practice management for attorneys, accountants and financial planners." ProTrak seeks, among other things, an injunction, damages and attorneys fees and the cancellation of Registration No. 3,038,202.

ProTracker denies the key allegations of all of ProTrak's counts and alleges that it has not infringed Plaintiffs' trademark.  ProTracker asserts the affirmative defenses of

consent, acquiescence, laches, and unclean hands against ProTrak trademark infringement and related allegations.  ProTracker further asserts the affirmative defenses that ProTrak trademark registration 1,835,278 for the mark PROTRAK is invalid.  ProTracker also asserts the affirmative defense that the Trademark Office examined its trademark application for the mark PROTRACKER ADVANTAGE and found no likelihood of confusion between that mark and Plaintiff's asserted PROTRAK mark.

ProTracker has also filed counterclaims alleging that it has a right to use the names, marks and domain name "ProTracker," "ProTracker Software," "ProTracker Advantage" and "protracker.com" and seeks to cancel Registration No. 1,835,278 for the mark PROTRAK for "database management system; namely, computer software used to manage directories."  ProTrak has denied the key allegations in ProTracker's counterclaims and has asserted numerous affirmative defenses including unclean hands.

**2.	(A)	Witnesses Expected to be Present**

1. Simon Koziel, ProTrak, 225 West 57th Street, New York, NY 10019, (212) 265 - 9833.
2. Warren J. Mackensen.
3. Any witness listed on ProTracker's Pretrial Statement.

**2.	(B)	Additional Witnesses That May Be Called If The Need Arises**

1. Hania Jacobson, ProTrak, 225 West 57th Street, New York, NY 10019, (212) 265 - 9833
2. Michael Rosenbaum, 55 Woodbine Avenue, Larchmont, NY  10538, (914) 834 - 6515

4. Shirley Wong, ProTrak, 225 West 57th Street, New York, NY 10019, (212) 265-9833

5. Kirk E. Loury, 20 Brian's Way, Princeton, NJ 08550, (609) 275-5468.

6. Ralph Wood, Esq., 399 Knollwood Rd, White Plains, NY 10603, (914) 761-8503

7. Mark K. Suri, Esq.

8. Frank A. Bianculli, CPA, BP Professionals, LLP, 17 Conklin Street, Suite 3, Farmingdale, NY 11735, 516-420-0188 ext. 202

### 3. Waiver of Defenses

None

### 4. Depositions That May Be Read Into Evidence

Depending on whom ProTracker calls or does not call as a witness, ProTrak reserves the right to read excerpts from depositions into evidence.

### 5. (A) Exhibits Expected To Be Offered

1. Certificate of Registration for Registration No. 1,835,278 on PROTRAK for "database management system; namely, computer software used to manage directories." (Exhibit A to ProTrak's Opposition to Motion for Summary Judgment).

2. Certificate of Registration for Registration No. 3,038,202 on PROTRACKER ADVANTAGE for "computer software and user manuals sold as a unit for use in practice management for attorneys, accountants and financial planners." (PS10934).

3. ProTracker home webpages www.protracker.com (Exhibit BB to ProTrak's Opposition to Motion for Summary Judgment and as updated).

4. ProTrak mousepad (KOZ001388).

5. ProTrak Advertisement (K0Z001299).

6. PROTRACKER ADVANTAGE overview webpage from ProTracker's website (Exhibit 1 to Deposition of Warren Mackensen; Exhibit V to ProTrak's Opposition to Motion for Summary Judgment).) and any updates thereof.

7. ProTracker company history webpage (Exhibit O to ProTrak's Opposition to Motion for Summary Judgment; PS10068 – PS10073) and any updates thereof.

8. File wrapper for Application Serial No. 75/332,754 on PROTRACKER SYSTEM including, but not limited to, Office Actions and responses to Office Actions, Appeal Briefs, Reply Briefs, Affidavits, including but not limited to:

    a. Application to Register PROTRACKER SYSTEM (Exhibit L to ProTrak's Opposition to Motion for Summary Judgment and PS10423 - PS10428; PS10762 – PS10767).

    b. Filing receipt for application to register PROTRACKER SYSTEM (PS10761).

    c. Office Action of April 3, 1998 (Exhibit M to ProTrak's Opposition to Motion for Summary Judgment; PS10756 – PS10760).

    d. Response to Office Action dated April 28, 1998 (Exhibit S to ProTrak's Opposition to Motion for Summary Judgment and PS10749 – PS10755).

    e. Final Office Action (PS10698 – PS10700).

    f. Request for Reconsideration dated June 11, 2001 (PS10679 – PS10695).

    g. Denial of Request for Reconsideration (PS10634 - PS10636).

    h. Suspension of Application (PS10738).

i. Request to Remove Suspension (PS10718 – PS101721).

j. Response to Notice of Suspension, dated September 30, 1998 (PS10739 – PS10741).

k. Notice of Appeal (PS10673).

l. Office Action of December 11, 2000 (Exhibit B to ProTrak's Opposition to Motion for Summary Judgment).

m. Affidavit of Warren J. Mackensen dated November 26, 2001 (Exhibit C to ProTrak's Opposition to Motion for Summary Judgment).

n. Applicant's Appeal Brief (PS10639 et. seq.)

o. Examining Attorney's Appeal Brief (Exhibit T to ProTrak's Opposition to Motion for Summary Judgment).

p. Request for Suspension of Appeal (PS10507 – PS10560).

q. Denial of requested remanding of application to Examining Attorney (PS10433-PS10436).

r. Applicant ProTracker's Supplemental Brief (PS10592 – PS10630).

s. ProTracker's Reply Brief dated July 12, 2002 (from Exhibit D to ProTrak's Opposition to Motion for Summary Judgment and PS10451 – PS10506).

t. Withdrawal of PROTRACKER SYSTEM application (Exhibit N to ProTrak's Opposition to Motion for Summary Judgment; PS10431 – PS10432).

u. Notice of Abandonment (PS10429).

9. ProTracker's Notice of Opposition regarding Application Serial No. 75/318,403 on PRO TRAK (Exhibit AA to ProTrak's Opposition to Motion for Summary Judgment).

10. PROTRAK FOR WINDOWS quick reference guide (KOZ001390 - KOZ001457).

11. PROTRAK ADVANTAGE quick reference guide (K0Z0001 - K0Z00065).

12. ADVISOR newsletter (K0Z001577 - K0Z001584).

13. ProTracker's Application to register PROTRACKER ADVANTAGE Exhibit E to ProTrak's Opposition to Motion for Summary Judgment and PS10833 – PS10835).

14. ProTrak call report dated August 11, 2005 (Exhibit F to ProTrak's Opposition to Motion for Summary Judgment; KOZ001566).

15. ProTrak call report on e-mail received (KOZ001567 - KOZ001569).

16. ProTracker call report dated September 16, 2005 (Exhibit G to ProTrak's Opposition to Motion for Summary Judgment).

17. Specimens and advertising materials showing PROTRAK, PROTRAK INTERNATIONAL and PROTRAK ADVANTAGE (from Exhibit H to ProTrak's Opposition to Motion for Summary Judgment).

18. ProTrak webpage (Exhibit U to ProTrak's Opposition to Motion for Summary Judgment).

19. ProTracker's profit and loss statements (Highly Confidential, Exhibit I to ProTrak's Opposition to Motion for Summary Judgment; and PS10074 – PS10090).

20. Evidence from website for two of ProTracker's customers (Highly Confidential, Exhibit J to ProTrak's Opposition to Motion for Summary Judgment).

21. Webpages for Capital Investment Services of America (Exhibits K and P to ProTrak's Opposition to Motion for Summary Judgment).

22. Magazine article from magazine *Institutional Investor's Alpha* (Exhibit X to ProTrak's Opposition to Motion for Summary Judgment; KOZ001587 - KOZ001647).

23. Magazine article from *Financial Advisor* magazine (Exhibit Y to ProTrak's Opposition to Motion for Summary Judgment; KOZ001570 - KOZ001572).

24. Tower Group Research notes titled Targeted CRM Solutions for the Institutional Asset Management Market (KOZ001550 - KOZ001565).

25. FPA Resource Directory (PS10120 – PS10122).

26. Search for Companies by Keywords (PS10127).

27. Web Search Result (PS10128 – PS10130).

28. Additional search results produced by ProTracker (PS10119 – PS10144).

29. ProTrak software license agreements (Highly Confidential, K0Z001303 - K0Z001316).

30. ProTrak screenshots (K0Z000727 - K0Z000763).

31. PROTRAK ADVANTAGE screen shots (Defendant's deposition Exhibit 21).

32. PROTRACKER ADVANTAGE screen shots (Defendant's deposition Exhibit 22).

33. PROTRAK ADVANTAGE promotional materials (K0Z000764 - K0Z000768).

34. PROTRAK ADVANTAGE promotional materials (K0Z000769 - K0Z000807).

35. PROTRAK ADVANTAGE promotional materials (K0Z000808 - K0Z000817).

36. PowerPoint promotional materials (KOZ001534 - KOZ01548).

37. ProTrak Price List (KOZ001549).

38. ProTrak folder (K0Z001386).

39. ProTrak news (K0Z000707).

40. ProTrak Connection (K0Z000710 - K0Z000717).

41. ProTrak letterhead (K0Z000718 - K0Z000719).

42. ProTrak letterhead (K0Z000935).

43. ProTrak envelope (KOZ000708).

44. PROTRAK user manual (KOZ00329 - KOZ00468).

45. PROTRAK for Windows user manual (KOZ00066 - KOZ000279).

46. PROTRAK user guide (KOZ000280 - KOZ000328).

47. ProTrak business card (KOZ000707).

48. ProTrak prospect list (KOZ001662) and printout thereof.

49. ProTrak demonstration disk envelope (KOZ001389).

50. ProTrak for Windows notebook (KOZ001458 - KOZ001533).

51. ProTrak promotional materials (K0Z001345 - K0Z001385).

52. Assignment of trademark PROTRAK from Marmen Computing, Inc. to ProTrak (KOZ 000914 - K0Z00915).

53. Recordal of trademark assignment (K0Z00913 - K0Z00915).

54. Notice of recordation of trademark assignment (K0Z000916 - K0Z000920).

55. PROTRACKER ADVANTAGE screen shots (from www.protracker.com website).

56. ProTrak financial records.

57. ProTrak sales records.

58. ProTrak licenses.

59. Billing statements from ProTrak's attorneys.

### 5.  (B)  Additional Exhibits That May Be Offered If The Need Arises

1. Letter dated September 24, 2005 from ProTracker's president, Warren Mackenson to ProTrak's president, Simon Koziel (Exhibit 2 to Deposition of Warren Mackensen).

2. Information obtained about Marmen Computing Company (Exhibit Q to ProTrak's Opposition to Motion for Summary Judgment).

3. Letter from Neal E. Friedman, Esq. to ProTracker Software, Inc. (Exhibit W to ProTrak's Opposition to Motion for Summary Judgment).

4. Results of Search conducted on PROTRAK for software (Exhibit R, pts 1 – 5, to ProTrak's Opposition to Motion for Summary Judgment; KOZ001008 - KOZ001298).

5. Page from a report (KOZ001658).

6. Affidavit of Warren J. Mackensen dated September 22, 2002 regarding Application Serial No. 76/548,851 on PROTRACKER ADVANTAGE (PS10909).

7. Comparison materials (K0Z001472 – KOZ001479

8. Letter from legal counsel for Samsung Electronics Co., Ltd. regarding Application Serial No. 75/318,403 on PRO TRAK (Exhibit CC to ProTrak's Opposition to Motion for Summary Judgment).

9. Allegation of Use in Application Serial No. 76/548,851 on PROTRACKER ADVANTAGE (PS10920 – PS10928).

10. Notice of Publication in Application Serial No. 76/548,851 on PROTRACKER ADVANTAGE (PS10933 et seq.).

11. Office Action dated March 29, 2004 in Application Serial No. 76/548,851 on PROTRACKER ADVANTAGE (PS10910 et seq.).

12. Notice of Allowance in Application Serial No. 76/548,851 on PROTRACKER ADVANTAGE (PS10837).

13. Promotional material for PROTRACKER SYSTEM (PS10145 – PS10150).

14. Notice of Acceptance of Statement of Use in Application Serial No. 76/548,851 on PROTRACKER ADVANTAGE (PS10836).

15. Transmittal letter, return postcard and check payable to the Order of the Commissioner for Trademarks for Application Serial No. 76/548,851 on PROTRACKER ADVANTAGE (PS10917).

16. NAPFA conference materials (PS10151 – PS10234).

17. Declaration of Use for Registration No. 1,835,278 on PROTRAK (K0Z000921 - K0Z000934).

18. Article about PROTRACKER SYSTEM (PS10235 – PS10335).

19. Response to Office Action dated September 27, 2004 regarding Application Serial No. 76/548,851 on PROTRACKER ADVANTAGE (Exhibit Z to ProTrak's Opposition to Motion for Summary Judgment and PS10840 – PS10910).

20. Materials from www.mackensen.com website (Exhibit 12 to Deposition of Warren Mackensen).

21. Promotional news release for ProTracker System 3.2 (PS10097 – PS10105).

22. PROTRACKER SYSTEM CD, with label (PS10938).

23. PROTRACKER SYSTEM ad in NAPFA ADVISOR (PS10091).

24. Office Gazette notice of third party application (PS10748).

25. File wrapper for Application Serial No. 75/732,450 (PS10783 – PS10832).

26. Business report on Marmen Computing, Inc. (KOZ001649 – KOZ001660).

27. Materials from from www.mackensen.com website (https://www.mackensen.com/MACKENSEN/WEB/me.get?WEB.websections.show&SCH1013_004 webpage and linked there from) and any updates thereof.

28. Pages from publication Virtual-Office Tools for a High-Margin Practice (PS10106 et seq.)

29. Pages from publication Winning Clients in a Wired World (PS10116 et seq.)

30. Request for Suspension of Appeal in Application Serial No. 75/332,754 on PROTRACKER SYSTEM (Exhibit EE to ProTrak's Opposition to Motion for Summary Judgment).

31. PROTRAK user manual (K0Z000469 - KOZ000706).

32. Business Software Providers Guide and Products Guide (PS10336 – PS10419).

33. Conference schedule (PS10733).

34. ProTracker materials for conferences (PS10733 – PS10737).

35. PROTRACKER SYSTEM advertisement and screen shots (PS10002 – PS10030 [Includes Confidential documents]).

36. PROTRACKER SYSTEM user manual (PS10031 – PS10067 [Includes Confidential documents]).

37. PROTRACKER SYSTEM price schedule (PS10420).

38. PROTRACKER ADVANTAGE price schedule (PS10421 – PS10422).

39. ProTracker advertising documents (PS10094 – PS10096).

40. ProTrak software maintenance agreements (Highly Confidential, K0Z000818 – KOZ000866).

41. Search on PROTRAK (K0Z000936 - K0Z000950).

42. Copyright application including software code (K0Z000955 - K0Z000999).

43. Certificate of Registration for copyright (K0Z001004).

44. List of competitors (KOZ001573 - KOZ01576).

45. Letter from Ralph Wood, Esq. to Steven Le Boeuf dated July 13, 1998 (KOZ000906 - KOZ000907).

46. Survey (KOZ001661) and printout thereof.

47. Certificate of Incorporation (K0Z000868).

48. Declaration of Use and Renewal on Registration No. 1,835,278 for PROTRAK (KOZ000926 – KOZ000929).

49. Notes (KOZ001659).

50. Google.com search, page 1, for "protrak investment".

51. Google.com search, page 1, for "protracker investment".

52. Background of Warren Mackensen from www.mackensen.com website.

53. Any exhibit listed on ProTracker's Pretrial Statement.

**6  Special Damages**

Not applicable.

**7  Latest Demand and Offer and ADR Participation**

Not applicable.

**8.     Claim For Attorneys' Fees**

15 U.S.C. §1117 provides that the Court may award reasonable attorneys' fees to the prevailing party in exceptional cases.  NH RSA ch. 358-A:10 provides a prevailing plaintiff shall be awarded reasonable attorney's fees, as determined by the court.

**9.     View**

None.

**10.    Estimated Trial Length**

5-7 days.

                    PRO TRAK INTERNATIONAL, INC.
                            By its attorneys,

Dated: May 21, 2007

                            /s/Michael J. Bujold, Esq./
                            Neal E. Friedman, Mass BBO No. 180210
                            (*admitted pro hac vice*)
                            Michael J. Bujold, Esq. (0388)
                            DAVIS BUJOLD & DANIELS, P.L.L.C.
                            112 Pleasant Street
                            Concord, New Hampshire 03301
                            Telephone: (603) 226-7490
                            Facsimile: (603) 226-7499
                            E-mail: patent@davisandbujold.com

**CERTIFICATE OF SERVICE**

I, Neal E. Friedman, hereby certify that a copy of the foregoing document was served electronically, through ECF, on Defendant's attorney Teresa C. Tucker, GROSSMAN, TUCKER, PERREAULT & PFLEGER, PLLC, 55 South Commercial Street, Manchester, New Hampshire 03101 and on Defendant's attorneys Mark K. Suri and Eric H. Weimers, Ryndak & Suri, LLP, 200 West Madison Street, Suite 2100, Chicago, Illinois 60606, on this 21st day of May, 2007.

                            By:   /s/Neal E. Friedman, Esq./
Neal E. Friedman, Esq.